FILED

OCT 0 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NUMBER 08-30002-JPG |
| v. | ) |
| | ) |
| DEREK DIXON, JR., a/k/a "D-Dix," | ) Title 21, United States |
| | ) Code, Sections 841(a)(1) and |
| Defendant. | ) 841(b)(1)(A), (C) and 846 |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Distribute Crack Cocaine**

From on or about January 2005, to on or about March 7, 2007, in Jefferson County, within the Southern District of Illinois, and elsewhere,

**DEREK DIXON, JR.,**

defendant herein, did knowingly and intentionally conspire, and agree with Mervyn T. Butler, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, in the form commonly called "crack cocaine," a Schedule II, narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

### COUNT 2

**Distribution of Crack Cocaine**

On or about September 14, 2006, in Jefferson County, within the Southern District of Illinois,

**DEREK DIXON, JR.,**

1

defendant herein, did knowingly and intentionally distribute 4.5 grams of a mixture or substance containing cocaine base, in the form commonly called "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

### Distribution of Crack Cocaine

On or about September 15, 2006, in Jefferson County, within the Southern District of Illinois,

**DEREK DIXON, JR.,**

defendant herein, did knowingly and intentionally distribute 4.9 grams of a mixture or substance containing cocaine base, in the form commonly called "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

_Ronald J. Mitchell_
FOREPERSON

_____
A. COURTNEY COX
United States Attorney

_____
GEORGE A. NORWOOD
Assistant United States Attorney

Recommended Bond: Detention